FILED IN OPEN COURT
ON 1-15-2015
Julie A. Richards, Clerk
US District Court
Eastern District of NC
JAA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-3-1 (4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| JOHN ROBERTS ) | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Lacey Act offense, in violation of
16 .S.C. §§ 3372(a)(1) and 3373(d)(1))

Between on or about January 20, 2010, and January 28, 2010, in the Eastern District of North Carolina and elsewhere, JOHN ROBERTS, defendant herein, did knowingly engage in conduct that involved the sale and purchase of, offer of sale and purchase of, and the intent to sell and purchase, fish with a market value in excess of $350.00, by knowingly transporting and selling such fish which were taken and possessed in violation of any law and regulation of the United States, that is, between on or about January 20, 2010, and January 28, 2010, JOHN ROBERTS, then Captain of the *Wonder Woman*, harvested approximately 1,553 pounds of Atlantic Striped Bass from the Exclusive Economic Zone (EEZ), which he sold to Fish Dealer A, located in Engelhard, North Carolina, all in violation of Title 16, United States

Code, Sections 3372(a)(1) and 3373(d)(1)(B); and Title 50, Code of Federal Regulations, Parts 697.7(b)(1), (2), (3) and (4).

COUNT TWO
*(Material False Statements and aiding and abetting, in violation of 18 U.S.C. §§ 1001 and 2)*

Between or about January 28, 2010, and March 15, 2010, in the Eastern District of North Carolina and elsewhere, JOHN ROBERTS, defendant herein, in a matter within the jurisdiction of the National Oceanic and Atmospheric Administration (NOAA), an agency within the United States Department of the Commerce, a department within the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements in connection with a fishing vessel trip report, that is, JOHN ROBERTS did submit and caused to be submitted to NOAA a fishing vessel trip report which declared a fishing location for Atlantic Striped Bass within state waters, when, in fact, he knew that he had harvested the Atlantic Striped Bass in the EEZ, and did aid and abet others in doing so, all in violation of Title 18, United States Code, Sections 1001 and 2.

COUNT THREE
*(Lacey Act offense, in violation of 16 .S.C. §§ 3372(a)(1) and 3373(d)(1))*

On or about February 2, 2010, in the Eastern District of North Carolina and elsewhere, JOHN ROBERTS, defendant herein,

2

did knowingly engage in conduct that involved the sale and purchase of, offer of sale and purchase of, and the intent to sell and purchase, fish with a market value in excess of $350.00, by knowingly transporting and selling such fish which were taken and possessed in violation of any law and regulation of the United States, that is, on or about February 2, 2010, JOHN ROBERTS, then Captain of the *Wonder Woman*, harvested approximately 5,331 pounds of Atlantic Striped Bass from the EEZ, which he sold to Fish Dealer A, located in Engelhard, North Carolina, all in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B); and Title 50, Code of Federal Regulations, Parts 697.7(b)(1), (2), (3) and (4).

## COUNT FOUR
*(Material False Statements and aiding and abetting, in violation of 18 U.S.C. §§ 1001 and 2)*

Between or about February 2, 2010, and March 15, 2010, in the Eastern District of North Carolina and elsewhere, JOHN ROBERTS, defendant herein, in a matter within the jurisdiction of the National Oceanic and Atmospheric Administration (NOAA), an agency within the United States Department of the Commerce, a department within the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements in connection with fishing vessel trip reports, numbers 11361173 and 11361174, that

3

is, JOHN ROBERTS did submit and caused to be submitted to NOAA fishing vessel trip reports, numbers 11361173 and 11361174, which declared a fishing location for Atlantic Striped Bass within state waters, when, in fact, he knew that he had harvested the Atlantic Striped Bass in the EEZ, and did aid and abet others in doing so, all in violation of Title 18, United States Code, Sections 1001 and 2.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE January 14, 2015

THOMAS G. WALKER
United States Attorney

By: BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
Department of Justice

By: LAUREN D. STEELE
Trial Attorney
Environmental Crimes Section

By: SHENNIE PATEL
Trial Attorney
Environmental Crimes Section

4