

U. S. Department of Justice

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

Terry Sanford Federal Building  Telephone (919) 856-4530
310 New Bern Avenue  Criminal FAX (919) 856-4487
Suite 800  Civil FAX (919) 856-4821
Raleigh, North Carolina 27601-1461  www.usdoj.gov/usao/nce

# MEMORANDUM

DATE: January 14, 2015

REPLY TO THOMAS G. WALKER, United States Attorney

ATTN OF: BANUMATHI RANGARAJAN
Assistant United States Attorney

SUBJECT: United States v. JOHN ROBERTS
No. 4:15-CR-3 - Eastern Division

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

CC: United States Probation
Raleigh, North Carolina

United States Marshal Service
Raleigh, North Carolina

Please issue a summons for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Please issue the summons with a late February date to appear. Also, please return a certified copy of the Indictment to this office.

Summons should be returnable before a United States Magistrate Judge.

BR:jlk