IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00003-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN ROBERTS | ) | |

This matter is before the court on Defendant John Roberts's Motion to Continue Arraignment and Trial [DE-18], and Motion for Extension of Time to File Pretrial Motions [DE-17], and on the United States' Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-14]. For good cause shown, and without objection from the government, the Defendant's motions are ALLOWED. Arraignment in this matter, previously scheduled for the court's March 30, 2015 term of court, is hereby CONTINUED until the court's June 1, 2015 term. It is further ORDERED that the defendant's pretrial motions be filed no later than **May 15, 2015**, and responses thereto be filed no later than **May 29, 2015**.

As to the United States' motion, a review of the record reveals that attorney Kelly Latham Greene entered a Notice of Appearance [DE-15] on March 3, 2015. Consequently, the United States' Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-14] is DISMISSED as moot.

Because the court finds that the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This, the 9 day of March, 2015.

_____
JAMES C. FOX
Senior United States District Judge